PEOPLE *v.* WYSOCKI.

INTOXICATING LIQUORS—CRIMINAL LAW—SEARCH WARRANT—AFFI-
DAVIT—SUFFICIENCY.
  In a prosecution for unlawful possession of intoxicating
  liquors, the facts sworn to for the issuance of a search
  warrant, *held,* sufficient.

Exceptions before judgment from Jackson; Parkinson (James A.), J.    Submitted April 17, 1923.
(Docket No. 116.)    Decided June 4, 1923.

Joe Wysocki was convicted of violating the liquor law.    Affirmed.

*Don T. McKone,* for appellant.

*John Simpson,* Prosecuting Attorney, and *Harry E. Barnard,* Assistant Prosecuting Attorney, for the people.

SHARPE, J.    Defendant reviews on exceptions before sentence his conviction on a charge of unlawfully having intoxicating liquor in his possession.

Acting under a search warrant, the officers found a considerable quantity of moonshine whisky on the premises of defendant, occupied by him as a grocery store.    The only question presented is whether sufficient cause was shown to justify the issue of the search warrant.    The facts sworn to were substantially the same as those considered in *People* v. *Czckay,* 218 Mich. 660.    The holding in that case is controlling of this.

The conviction is affirmed, and the trial court directed to proceed to sentence.

WIEST, C. J., and FELLOWS, MCDONALD, CLARK, BIRD, MOORE, and STEERE, JJ., concurred.